**Order entered May 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00270-CR

**JOSE ALEX JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76766-R**

## ORDER

Before the Court is deputy court reporter Janessa Thornell's May 15, 2019 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **June 17, 2019**. Ms. Thornell is cautioned that further extensions will be disfavored.

/s/     BILL PEDERSEN, III
           JUSTICE